**Commonwealth ex rel. Gittlemacker, Appellant, v. Myers.**

Submitted December 13, 1965. *Jack Gittlemacker,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

**Commonwealth ex rel. Gordon, Appellant, v. Myers.**

Submitted December 13, 1965. *Patrick J. Toole, Jr.,* for appellant; *Anthony B. Panaway,* Assistant District Attorney, *Robert J. Hourigan,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.

**Commonwealth ex rel. Granahan, Appellant, v. Myers.**

Submitted December 13, 1965. *Harold Granahan,* appellant, in propria persona; *William J. Davis,* Assistant District Attorney, *Robert J. Hourigan,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.